IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES T. GRESHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration;<br><br>    Defendant. | **8:16CV54**<br><br>**ORDER** |

This is a social security appeal. Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed.

Accordingly,

IT IS ORDERED:

1) This case shall be resolved as if cross-motions for summary judgment had been filed, and the clerk of the court is directed to make appropriate entries into the court's computer- assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2) Plaintiff shall file a brief by August 4, 2016;

3) Defendant shall file a brief by September 6, 2016;

4) Plaintiff may file a reply brief by September 21, 2016;

5) This case shall be ripe for decision on September 22, 2016.

Dated this 5th day of July, 2016

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge