IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES T. GRESHAM,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

8:16-CV-54

MEMORANDUM AND ORDER

This matter is before the Court on the plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 24). The defendant has no objection to the awarding of fees and expenses in the amount of $6,559.99, which represents 33.9 hours of work at $193.51 per hour.

The Court has determined that plaintiff was the prevailing party in this action, as the Commissioner's decision was reversed and the case was remanded to the Commissioner for calculation and award of benefits; that the application for fees was filed in a timely fashion;[1] and that the position of the Commissioner was not substantially justified because the administrative law

---

[1] An Equal Access to Justice Act application based on a district court judgment remanding a case pursuant to sentence four of 42 U.S.C. § 405(g) must be filed no later than 30 days after the sentence four judgment has been entered and the appeal period has run such that the judgment is no longer appealable. *See Pottsmith v. Barnhart*, 306 F.3d 526, 527-28 (8th Cir. 2002); *see also, Shalala v. Schaefer*, 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 94-97 (1991).

judge did not fully credit the opinion of the plaintiff's treating physician. Therefore, the plaintiff is entitled to an award of attorney fees.

IT IS ORDERED:

1. Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 24) is granted.

2. By separate document, the Court shall enter judgment for plaintiff and against defendant providing that plaintiff is awarded attorney fees of $6,559.99.

Dated this 6th day of July, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge